IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| K.A., a minor, by and through her next friend and guardian, Lisa Adams, *et al.*, individually and as representatives of a proposed class, | CIVIL ACTION NO.: 1:17-cv-00099-LJA |
| Plaintiffs, | |
| v. | |
| JEFF HOBBY, Sheriff of Worth County, Georgia, in his individual capacity, *et al.*, | |
| Defendants. | |

## JOINT NOTICE OF PROPOSED CLASS SETTLEMENT AND MOTION FOR STAY

The parties file this notice to inform the Court that they have reached a proposed class settlement of Plaintiffs' claims in this case, and that they intend to submit to the Court a joint motion for preliminary approval of this settlement by December 4, 2017.

The parties respectfully ask the Court to stay all proceedings pending the submission and adjudication of their joint motion for preliminary approval.

Respectfully submitted this 17th day of November, 2017.

/s/ Aaron Littman
Sarah Geraghty
Ga. Bar No. 291393

Gerald Weber
Ga. Bar No. 744878
Crystal Redd
Ga. Bar No. 969002
Aaron Littman
Ga. Bar No. 843053
SOUTHERN CENTER
FOR HUMAN RIGHTS
83 Poplar Street, NW
Atlanta, Georgia 30303
(404) 688-1202
(404) 688-9440 (fax)
credd@schr.org

/s/ Mark Begnaud
Mark Begnaud
Ga. Bar No. 217641
Nathanael Horsley
Ga. Bar No. 367832
HORSLEY BEGNAUD LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, Georgia 30328
(770) 765-5559
(404) 602-0018 (fax)
mbegnaud@gacivilrights.com

*Counsel for Plaintiffs*

/s/ Raleigh W. Rollins
Raleigh W. Rollins
Ga. Bar No. 613860
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville, GA 31792
(229) 226-2565
(229) 228-0444 (fax)
rrollins@alexandervann.com

/s/ Richard K. Strickland
Richard K. Strickland
Ga. Bar No. 687830
BROWN, READDICK,
BUMGARTNER, CARTER,
STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 (fax)
rstrickland@brbcsw.com

*Counsel for Defendants*