IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| K.A., a minor, by and through her next friend and guardian, Lisa Adams, *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO.: 1:17-CV-99-LJA |
| JEFF HOBBY, Sheriff of Worth County, Georgia, *et. al.*, | : : : | |
| Defendants. _____ | : : : | |

## ORDER

     This action comes before the Court on the Joint Notice of Proposed Class Settlement and Motion for Stay, filed November 17, 2017. (Doc. 37.) The parties represent that they have reached a proposed class settlement of Plaintiffs' claims and intend to submit a joint motion for preliminary approval of their settlement by December 4, 2017. (*Id*.) The parties request the Court to stay this action pending the submission and adjudication of their joint motion for preliminary approval. (*Id*.)

     Accordingly, for good cause shown, the Joint Notice of Proposed Class Settlement and Motion for Stay is **GRANTED**. The stay will automatically lift if the parties fail to file the proposed motion by December 4, 2017.

**SO ORDERED**, this  21st  day of November, 2017.

                                    /s/ Leslie J. Abrams
                                **LESLIE J. ABRAMS, JUDGE**
                                **UNITED STATES DISTRICT COURT**