# EXHIBIT "A"



103 E Kelly Street
P.O. Box 387
Sylvester, GA 31791
Phone: 229-776-3991
Fax: 229-776-4607
Email: info@thesylvesterlocal.com

## NOTICE OF CLASS ACTION SETTLEMENT
### GEORGIA, WORTH COUNTY

The undersigned, after being sworn, states and deposes under oath as follows:

1. That affiant is the Editor/Authorized Representative of <u>The Sylvester Local News</u>, the official organ of the County of Worth, State of Georgia. **NOTICE OF CLASS ACTION SETTLEMENT – K.A. v. JEFF HOBBY** was published in **The Sylvester Local News** in the legal section thereof on APRIL 11 and 18, 2018.

_____
EDITOR/AUTHORIZED REPRESENTATIVE,
THE SYLVESTER LOCAL NEWS

Sworn to and subscribed before me
This 31ST day of April, 2018.

_____
Notary Public

My commission expires: 2/25/22



# LEGALS & PUBLIC NOTICES

## LEGAL NOTICE

**NOTICE OF SEIZURE OF PERSONAL PROPERTY VALUED AT $25,000.00 OR LESS PURSUANT TO O.C.G.A. 9-16-11(a)**

To
Latasha Nicole White
2401 E. Aragon Blvd Unit 3
Sunrise, FL 33313

TAKE NOTICE that on 09/22/2017, law enforcement officers of the Poulan Police Department seized 2002 Chevrolet Tahoe (hereinafter "the seized property") and methamphetamine, at 400 Block US Hwy 82 East, Poulan, Worth County, Georgia. The seized property was directly or indirectly used or intended for use to facilitate the distribution of a controlled substance, methamphetamine in violation of [code section, e.g. O.C.G.A. 16-13-30]; and/or is proceeds derived or realized therefrom and/or was found in close proximity to methamphetamine.

AND FURTHER TAKE NOTICE that the owner or interest holder may file a claim to the seized property within thirty (30) days after service by sending the claim to the District Attorney for the Tifton Judicial Circuit, 201 North Main Street, Rooms 24-25, Sylvester, GA 31791 by certified mail or statutory overnight delivery, return receipt requested. The claim must be signed by the owner or interest holder and provide the following: 1) The name of the claimant; 2) The address at which the claimant resides; 3) A description of the claimant's interest in the property; 4) A description of the circumstances of the claimant's obtaining an interest in the property and, to the best of the claimant's knowledge, the date the claimant obtained the interest and the name of the person or entity that transferred the interest to the claimant; 5) The nature of the relationship between the claimant and the person who possessed the property at the time of the seizure; 6) A copy of any documentation in the claimant's possession supporting his or her claim; and 7) Any additional facts supporting his or her claim.

RESPECTFULLY SUBMITTED,
Paul Bowden
DISTRICT ATTORNEY
Tifton Judicial Circuit
State Bar No. 070525
Signed by
J.D. HART
Assistant District Attorney
State Bar No. 301261
4. 11

---

**IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA ALBANY DIVISION**

K.A., a minor, by and through her next friend and guardian, Lisa Adams, et al.,
Plaintiffs,
v.
JEFF HOBBY, Sheriff of Worth County, Georgia, in his individual capacity, et al.
Defendants.
CIVIL ACTION NO. 1:17-CV-99-LJA

**NOTICE OF CLASS ACTION SETTLEMENT**

The above-referenced lawsuit was filed by nine students as a proposed class action against Worth County Sheriff Jeff Hobby and seventeen of his deputies (the "Defendants"). The complaint is online at http://www.schr.org/worthcountyhighschool. The lawsuit alleges that Sheriff Hobby and his deputies violated the constitutional rights of students at Worth County High School by subjecting them to suspicionless and invasive seizures and searches on the morning of April 14, 2017. The Defendants deny that they have engaged in any unlawful conduct.

This lawsuit requested that the Court certify a class of all students seized and searched by employees of the Worth County Sheriff at Worth County High School that morning, other than the few who were identified on the Sheriff's target list. The lawsuit sought money damages for the students in the class.

The Plaintiffs and Defendants have reached a settlement of this case on behalf of the proposed class of students, and the Court has granted preliminary approval of the settlement and preliminary certification of the class. The terms of the settlement agreement are as follows: The Defendants have an insurance policy limit of $3,000,000. Each student in the class will be paid between $1,000 and $6,000, depending on the details of the search of the expenses. The average payment to each class member will be $2,655. Assuming there are 600 class members, these payments will consume $2,124,000 of the $3,000,000 policy limit.

Additionally, Defendants will pay to Plaintiffs' counsel attorneys' fees equal to 15% of the policy limit, or $450,000. This amount will be reduced if a large number of students opt out of the class.

The portion of the policy limit remaining after these payments are made will be temporarily retained by Defendants, and can be used to resolve the claims of any students who opt out of the class. Once any such claims are resolved and the statute of limitations has expired, approximately 50% of the remaining funds will be paid into a fund for the benefit of Worth County High School students. If any checks secured to class members are not cashed within one year, that money will also be deposited into the fund.

School records show that you were likely present during the searches. Please indicate on your response form if you were not present and or were not searched on April 14, 2017. If you were present and searched, then you are a member of the class. To claim compensation, you must complete and return the attached Response Form to be received by no later than July 2, 2018. Please send it to the attorneys for the class at the following address:
Attn: Worth County High School Settlement
Southern Center for Human Rights
83 Poplar Street NW
Atlanta, GA 30303
Alternately, you may submit the Response Form by faxing it to (404) 688-9440 or by sending it as a scanned attachment to an email addressed to worthcounty@schr.org. As a member of the class, you will be bound by the settlement in this case and barred from filing any future claim against Sheriff Hobby and his deputies related to the April 14, 2017 searches. You are not required to be represented by Plaintiffs' attorneys to opt-in to the lawsuit. You may retain an attorney of your choice to represent you.

If you want to pursue claims separately, you may opt out of the class by completing the attached Opt-Out Form instead of the Response Form and returning it to the address shown above by July 2, 2018. If you opt out, you will not be bound by the settlement and may bring claims relating to your search against the defendants in separate litigation; however, you will not receive the payment to which you would have been entitled as a member of the class in this lawsuit. If you want to be a member of the class and receive a monetary award as part of the settlement of this case, do not complete the Opt-Out Form. If you have questions, you may contact the following attorneys for the class:
Attn: Worth County High School Settlement
Southern Center for Human Rights
63 Poplar Street NW
Atlanta, GA 30303
Telephone: (404) 688-1202, Email: worthcounty@schr.org
Mr. Mark Begnaud, Horsley Begnaud LLC
750 Hammond Drive
Building 12, Suite 100
Atlanta, GA 30328
Telephone: (770) 765-5559, Email: mbegnaud@gac-klrights.com
4. 11

---

**IN THE SUPERIOR COURT OF WORTH COUNTY STATE OF GEORGIA**

STATE OF GEORGIA,
Plaintiff V.
One Thousand Six Hundred Twenty Dollars ($1620.00) in United States Currency, Two Thousand Fifty-Five Dollars And Fifty Two Cents ($2055.22) in United States Currency
Defendant(s), In Rem
Civil Action File No.
**ORDER REQUIRING SERVICE BY PUBLICATION**

The State of Georgia, having moved for an Order of Service by Publication pursuant to O.C.G.A. 9-16-12(b)(3), and the court having read and considered the motion,
IT IS HEREBY ORDERED that service by publication in the above-styled civil in rem forfeiture action shall be made upon Saint Thompson by publishing Notice of the Proceedings once a week for (2) consecutive weeks in the legal organ of the county.
This 3rd day of April, 2018.
Melanie B. Cross
Judge, Superior Court
Worth County
Tifton Judicial Circuit
11, 18

---

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY**

All creditors of the Estate of RICKY D. BURDETTE, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law, and all persons indebted to said Estate are required to make immediate payment to me.
This 9th day of March, 2018.
JANET ELAINE DAVIS BURDETTE
Executrix of the Estate of RICKY D. BURDETTE, deceased
1143 Sledge Road
Ty Ty, Georgia 31795
21, 28, 4. 11

---

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY**

All creditors of the Estate of NORMAN J. CROWE, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law, and all persons indebted to said Estate are required to make immediate payment to me.
This 9th day of March, 2018.
NORMAN JEWEL CROWE, JR., and JAMES EDWARD CROWE, Co-Executors of the Estate of Norman J. Crowe, deceased
Post Office Box 825
Sylvester, Georgia 31791
21, 28, 4. 11

---

**NOTICE TO DEBTORS AND CREDITORS**

## GEORGIA, WORTH COUNTY

RE: Estate of John William McLeod
All creditors of the Estate of John William McLeod, deceased, late of Worth County, Georgia, are hereby notified to render in their demands to the undersigned according to law, and all persons indebted to said estate are required to make immediate payment to the undersigned executor.
This 27th day February 2018.
Marilyn Swilley McLeod
Executor, Estate of John William McLeod
6024 Birch Road
Albany, Georgia 31705
21, 28, 4. 11

---

**NOTICE IN THE PROBATE COURT OF WORTH COUNTY STATE OF GEORGIA**
IN RE: ESTATE OF
ESTELLE NEWKIRK,
ESTATE NO. 138-02
LEROY NEWKIRK,
ESTATE NO. 28-15
JOHN DAVIS NEWKIRK,
ESTATE NO. 27-15
DECEASED

The Petition of Personal Representatives for Leave to Sell Property in the above-referenced estates having been duly filed,
[For use if an interested party is required to be served by publication]
TO: CLAUDE BOBBITT, BRENDA HILLMAN SOLOMON, ELOISE HILL GLENN HILLMAN, TAHEERAH D. MCGRIFF, LESLIE B. NEWKIRK, IRA GEORGE JORDON, CYNTHIA TROUPE, OR MACHELLE MATTHEWS, DANNY MORRIS NEWKIRK, TONIA HILLMAN, BRYON SESLER, CASSANDRA N. SESLER,
(List here all interested parties having unknown addresses be served by publication)

This is to notify you to file objection, if there is any, to the above referenced Petition, in this Court on or before APRIL 25, 2018
BE NOTIFIED FURTHER: All objections to the petition must be in writing, setting forth the grounds of any such objections. At pleadings/objections must be signed before a notary public or before a probate court clerk, and filing fees must be tendered with your pleadings/objections, unless you qualify to file as an indigent party. Contact probate court personnel at the following address/telephone number for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the petition may be granted without a hearing.
Honorable Virginia Acord, Probate Judge
By: Shana Entrekin
Clerk/Deputy Clerk of the Probate Court
201 N. Main Street, Rm 12
Sylvester, GA 31791
229-776-8207
21, 28, 4. 11

---

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY**

All creditors of the estate of RALPH L. HARGETT, JR., late of Worth County, Georgia, are hereby notified to render their demands to the undersigned according to law, and all persons indebted to said estate are required to make immediate payment to the undersigned.
This 15th day of March, 2018
LINDA GAIL HARGETT
Executrix of the Estate of RALPH L. HARGETT, JR.
1291 Jones Road
Sumner, Georgia 31789
21, 28, 4. 11

---

**GEORGIA, WORTH COUNTY**

Under and by virtue of the power of sale contained in that certain Deed to Secure Debt (Security Deed) executed by Arilyn R. Bishoff and Angela C. Bishoff to Synovus Bank (a/k/a 1st Community Bank division of Synovus Bank), formerly known as Columbus Bank and Trust Company, as Successor in interest through name change and merger with First Community Bank of Tifton, dated August 18, 2007 and recorded at Deed Book 741, Page 145, as last transferred to or acquired by NWE18, LLC via Assignment as recorded in Deed Book 1068, Page 395, all of the Worth County, Georgia, Deed Records, there will be sold by NWE18, LLC, at public outcry, before the Courthouse of said State and County, as attorney-in-fact for the said maker of said Deed on the first Tuesday in May 2018, during the legal hours of sale to the highest bidder for cash, the following property, to-wit:
SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.
To the best knowledge of Lender, the property is in the possession of Arilyn R. Bishoff and Angela C. Bishoff, and the property is further known as 103.65 acres of land located at 238 Sykes a/k/a Sikes Lane, Omega, Georgia 31775.
The debt secured by the Security Deed being in default and the owner having declared the balance of the indebtedness due, this sale will be made for the purpose of paying the same, and the proceeds thereof will be applied to the payment of said indebtedness and all charges and expenses in connection with foreclosure, and the balance, if any, to be applied as provided by law.

Subject to any outstanding and unpaid taxes, street improvements, easements, exceptions of record, restrictive covenants, and all superior encumbrances appearing of record.

The above-described property will be sold as the property of Arilyn R. Bishoff and Angela C. Bishoff.
NWE18, LLC, as Attorney-in-Fact for Arilyn R. Bishoff and Angela C. Bishoff
THIS IS AN EFFORT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Coleman Talley LLP
William Stenberg
Attorneys at Law
Dates 4/4, 4/11, 4/18, 4/25/2018

**EXHIBIT "A"**

103.65 acres of land with improvements located in Land Lots 68, 69, 70 and 71 in the 7th Land District of Worth County, Georgia, more fully shown as Tract 3 (125.354 acres) and Tract 4 (76.198 acres) on the attached survey made for Harold E. Sikes and Dorothy Frances Patterson Sikes by Hampton & Associates Surveying Co dated February 21, 2001. The property described herein is known as 238 Sykes Lane, Omega, Georgia.
LESS & EXCEPT 109 acres of land with improvements more fully described in deed from Dorothy Frances Patterson Sikes to Arilyn R. Bishoff and Angela C. Bishoff dated May 15, 2001, and recorded in Deed Book 512 on Page 194 in the Office of the Clerk of the Superior Court of Worth County, Georgia.
4. 11, 18, 25

---

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY**

All creditors of the Estate of GENEVA BROWN JENKINS, deceased, late of Worth County Georgia, are hereby notified to render their demands to the undersigned in accordance with law, and all persons indebted to said Estate are required to make immediate payment to me.
This 26th day of March, 2018.
BOYD RAMSEY BROWN
As Administrator for the Estate of GENEVA BROWN JENKINS, deceased
126 Craig Drive
Sylvester, GA 31791
4, 11, 18, 25

---

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY**

All creditors of the Estate of H. NEAL CROWE, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law, and all persons indebted to said Estate are required to make immediate payment to me.
This 26th day of March, 2018.
HOYT LARRY CROWE
As Executor for the Estate of H. NEAL CROWE, deceased
4156 Ga Hwy 256
Sumner, GA 31789
4, 11, 18, 25

---

**NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY**

All creditors of the Estate of JOEL A. ROGERS, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law, and all persons indebted to said Estate are required to make immediate payment to me.
This 27th day of March, 2018.
ANTHONY RALPH ROGERS, Executor of the Estate of JOEL A. ROGERS, deceased
970 Rushing Street
Richmond Hill, Georgia 31324
4, 11, 18, 25

---

**NOTICE IN THE PROBATE COURT OF WORTH COUNTY, STATE OF GEORGIA**

IN RE: ESTATE ARTHUR LEE DAVIS, DECEASED, ESTATE NO. 5-18
IN RE: The Petition to Probate Will (and Codicil(s)) in Solemn Form in the above-referenced estate having been duly filed.
TO: KARMA RABON-STITH, JOCELYN RABON, and WENELL WHITE
This is to notify you to file objection, if there is any, to the Petition to Probate Will in Solemn Form, in this Court on or before MAY 2, 2018.
BE NOTIFIED FURTHER: All objections to the Petition must be in writing, setting forth the grounds of any such objections. All objections should be sworn to before a notary public or before a Probate Court Clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact Probate Court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the Petition may be granted without a hearing.
VIRGINIA ACORD
Judge of the Probate Court
By: Shanna Entrekin
Clerk of the Probate Court
201 N. Main St., Rm 12
Sylvester, GA 31791
229-776-8207
4, 11, 18, 25

IN THE PROBATE COURT

---

## OF WORTH COUNTY STATE OF GEORGIA

IN RE: ESTATE OF JAMES TY IRVIN, DECEASED
ESTATE NO. 53-18
**NOTICE PETITION FOR LETTERS OF ADMINISTRATION**
TO WHOM IT MAY CONCERN:
STEPHANIE SKYE IRVIN has petitioned to be appointed Administratrix of the estate of JAMES TY IRVIN, deceased, of said County. The Petitioner has also applied for waiver of bond and/or grant of certain powers contained in O.C.G.A. §53-12-261. All interested parties are hereby notified to show cause why said Petition should not be granted. All objections to the Petition must be in writing, setting forth the grounds of any such objections, and must be filed with the court on or before MAY 9, 2018.
BE NOTIFIED FURTHER: All objections should be sworn to before a notary public or before a Probate Court Clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact Probate Court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the Petition may be granted without a hearing.
VIRGINIA ACORD
Judge of the Probate Court
By: /s/ Ton Sanders
Clerk of the Probate Court
201 Main St., Ste. 1
Sylvester, GA 31791
229-776-8207
4, 11, 18, 25

---

**NOTICE OF SALE GEORGIA, WORTH COUNTY**

By virtue of the Power of Sale Contained in that certain Purchase Money Deed to Secure Debt executed and delivered by CHARLIE WALLACE to WORTH MORTGAGE CO., INC., dated November 6, 1969, and recorded in Deed Book 267, Page 659, in the office of the Clerk of Worth Superior Court, there will be sold at public outcry before the Courthouse Door in said State and County by the undersigned, during the legal hours of sale on the First Tuesday in May, 2018, to the highest bidder for cash, the following described property, to wit:

All that tract or parcel of land lying and being in Land Lot Number 305 in the 7th Land District of Worth County, Georgia and being all of Lot Twenty Four (24), of SUMNER LAKES SUBDIVISION, according to a map or plat of said subdivision recorded in Plat Book 22, Page 225, Worth County Records, and reference is made to said plat for the purpose of incorporating the same herein.

The debt secured by said Purchase Money Deed to Secure Debt has been and is hereby declared due because of nonpayment of monthly installments on said loan. The debt remaining in default, then said property will be sold for the purpose of paying the indebtedness secured by said deed, and the proceeds of said sale will be applied to the payment of said indebtedness and the interest and all charges and expenses in connection with this foreclosure as provided in said deed, and the balance, if any, will be paid over to the persons entitled thereto.
Said property will be sold as the property of DON C. WEST and BARBARA A. WEST, the property to the best of the information, knowledge and belief of the undersigned, being in their or a tenant's possession.
Said sale will be made subject to all easements and restrictions and all other matters of record. The notice required by the Official Code of Georgia, Section 44-14-162.2, ct seq. Has been given provided by law.
WORTH MORTGAGE COMPANY, INC.
AS ATTORNEY IN FACT FOR CHARLIE WALLACE
SYLVESTER, GA 31791
(229)776-5374
4, 11, 18, 25

---

**NOTICE OF SALE GEORGIA, WORTH COUNTY**

By virtue of the Power of Sale Contained in that certain Purchase Money Deed to Secure Debt executed and delivered by DEBRA JOHNSON to AMERICAN SUNBELT PROPERTIES, INC., dated October 1, 1986, and recorded in Deed Book 246, Page 139, in the office of the Clerk of Worth Superior Court, and subsequently assumed by John Van Bouten and Angela Van Bouten there will be sold at public outcry before the Courthouse Door in said State and County by the undersigned, during the legal hours of sale, on the First Tuesday in May, 2018, to the highest bidder for cash, the following described property, to wit:

All that tract or parcel of land lying and being in the 13th Land Lot Number 57 and being in the 15th Land District of Worth County, Georgia, and being all of Tract Number Nine (9) of Blue Lake Plantation, according to that certain plat of survey prepared by Joseph F. DuBean, Registered Land Surveyor, dated September 17, 1986, recorded in Plat Book 22, Page 145, in the office of the Clerk of Superior Court of Worth County, Georgia and reference is made to said plat for the purpose of incorporating the same herein.

The debt secured by said Purchase Money Deed to Secure Debt has been and is hereby declared due because of nonpayment of monthly installments on said loan. The debt remaining in default, then said property will be sold for the purpose of paying the indebtedness secured by said deed, and the proceed of said sale will be applied to the payment of said indebtedness and the interest and all charged and expenses in connection with this foreclosure as provided in said deed, and the balance, if any, will be paid over to the persons entitle thereto.
Said sale will be made subject to all easements and restrictions and all other matters of record. The notice required by the Official Code of Georgia, Section 44-14-162.2, ct. Seq. Has been given as provided by law.
WORTH MORTGAGE CO. INC.
AS ATTORNEY IN FACT FOR DEBRA JOHNSON
PO BOX 430
SYLVESTER, GA 31791
4, 11, 18, 25

---

**NOTICE OF SALE UNDER POWER, WORTH COUNTY**

Pursuant to the Power of Sale contained in a Security Deed given by Steve Bennett to Sun America Mortgage Corporation dated 4/2/2001 and recorded in Deed Book 506 Page 330 and modified at Deed Book 1024 Page 1 Worth County, Georgia records; as last transferred to or acquired by U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-3, conveying the after-described property to secure a Note in the original principal amount of $105,200.00, with interest at the rate specified therein, there will be sold by the undersigned at public outcry to the highest bidder for cash before the Courthouse door of Worth County, Georgia (or such other area as designated by Order of the Superior Court of said county), within the legal hours of sale on May 01, 2018 (being the first Tuesday of said month unless said date falls on a Federal Holiday, in which case being the first Wednesday of said month), the following described property.

EXHIBIT A TO DEED TO SECURE DEBT FROM STEVE BENNETT IN FAVOR OF SUN AMERICA MORTGAGE CORPORATION DATED APRIL 2, 2001

All that tract or parcel of land situate, lying and being a portion of Lot No. 14 in Block 182 in Forest Hills Subdivision in the City of Sylvester, Georgia, in original Lot of Land No. 379 in the 7th Land District of Worth County, Georgia, as said lot is shown delineated on plat of survey prepared by G. E. Warren, Registered Land Surveyor, on September 29, 1955 and recorded in Plat Book 3, page 94, Worth County Records. Said portion of said Block No. 14 herein conveyed being more particularly described as follows: Commencing at the Northeast intersection of Lancaster Street and Moore Street in said Subdivision in said City, go thence North along the East margin of said Moore Street a distance of 702.5 feet to the Northwest corner of said Lot No. 14 and the point of beginning for the tract herein conveyed; from this point of beginning go thence East along the North boundary of said Lot 14 a distance of 140 feet to a point, thence go south and parallel with Moore Street a distance of 90 feet to a point, thence go West and parallel with the North boundary line of said Lot 14 a distance of 140 feet to the East margin of Moore Street; thence go North along the East margin of Moore Street a distance of 90 feet to the point of beginning

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice of intent to collect attorney's fees having been given). Said property is commonly know as 112 Moore Street, , Sylvester, GA 31791 together with all fixtures and personal property attached to and constituting a part of said property, if any. To the best knowledge and belief of the undersigned, the party (or parties) in possession of the subject property is (are): J. Stephen Bennett or tenant or tenants.
Wells Fargo Bank, NA is the entity or individual designated who shall have full authority to negotiate, amend and modify all terms of the mortgage.
Wells Fargo Bank, NA
Loss Mitigation
3476 Stateview Boulevard
Fort Mill, SC 29715
1-800-678-7986
Note, however, that such entity or individual is not required by law to negotiate, amend or modify the terms of the loan.
Said property will be sold subject to: (a) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), (b) unpaid water or sewage bills that constitute a lien against the property whether due and payable or not yet due and payable and which may not be of record, (c) the right of redemption of any taxing authority, (d) any matters which might be disclosed by

Case 1:17-cv-00099-LJA  Document 53-1  Filed 05/03/18  Page 4 of 4

# LEGALS & PUBLIC NOTICES

## LEGAL NOTICE

### NOTICE

Notice is given that Articles of Incorporation that will incorporate Lin Mil, Inc have been delivered to the Secretary of State for filing in accordance with the Georgia Business Corporation Code. The initial registered office of the corporation is located at 209 Poulan Shingler Rd, Poulan, GA, 31781 and its initial registered agent at such address is Keith Willis.

18, 25

### NOTICE OF PUBLIC SALE

Giles Towing & Recovery
603 W. Franklin St.Sylvester, GA
31791 229-776-3836
Date: Saturday April 23, 2016
Time: 9:00 a.m.
2001 Toyota TK
VIN# STEPM32N11Z742830
2005 Ford F-150
VIN# 1FTPX02545KB65418

In Accordance with OCGA Section 40-11-01 two abandoned vehicles are to be auctioned to the highest bidder. Terms of Payment: CASH ONLY. Location 606 N. Franklin St. Sylvester, GA 31791
GA LIC 2550
18, 25

### IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA ALBANY DIVISION

K.A., a minor, by and through her next friend and guardian, Lina Adams, et al.,
Plaintiffs,
v.
JEFF HOBBY, Sheriff of Worth County,
Georgia, in his individual capacity, et al.,
Defendants.

CIVIL ACTION NO. 1:17-CV-99-LJA
NOTICE OF CLASS ACTION SETTLEMENT

The above-referenced lawsuit was filed by nine students as a proposed class action against Worth County Sheriff Jeff Hobby and seventeen of his deputies (the "Defendants"). The complaint is online at http://www.schr.org/worthcountyhighschool. The lawsuit alleges that Sheriff Hobby and his deputies violated the constitutional rights of students at Worth County High School by subjecting them to suspicionless and invasive seizures and searches on the morning of April 14, 2017. The Defendants deny that they have engaged in any unlawful conduct.

This lawsuit requests that the Court certify a class of all students seized and searched by employees of the Worth County Sheriff at Worth County High School that morning, other than the law which were identified on the Sheriff's target list. The lawsuit sought money damages for the students in the class.

The Plaintiffs and Defendants have reached a settlement of this case on behalf of the proposed class of students, and the Court has granted preliminary approval of the settlement and preliminary certification of the class. The terms of the settlement agreement are as follows:

The Defendants have an insurance policy limit of $3,000,000. Each student in the class will be paid between $1,000 and $6,000 depending on the details of the search he or she experienced. The average payment to each class member will be $2,655. Assuming there are 650 class members, these payments will consume $2,124,000 of the $3,000,000 policy limit.

Additionally, Defendants will pay to Plaintiffs' counsel attorneys' fees equal to 15% of the policy limit, or $450,000. This amount will be reduced if a large number of students opt out of the class.

The portion of the policy limit remaining after these payments are made will be temporarily retained by Defendants, and can be used to resolve the claims of any students who opt out of the class. Once any such claims are resolved and the statute of limitations has expired, approximately 50% of the remaining funds will be paid into a fund for the benefit of Worth County High School students. If any checks issued to class members are not cashed within one year, that money will also be deposited into this fund.

School records show that you were likely present during the searches. Please indicate on your response form if you were not present and or were not searched on April 14, 2017. If you were present and searched, then you are a member of the class. To claim compensation, you must complete and return the attached Response Form to be received by no later than July 2, 2018. Please send it to the attorneys for the class at the following address:

Attn: Worth County High School Settlement
Southern Center for Human Rights
83 Poplar Street NW
Atlanta, GA 30303.

Alternately, you may submit the Response Form by faxing it to (404) 688-9440 or by sending it as a scanned attachment to an email addressed to worthcounty@schr.org.

As a member of the class, you will be bound by the settlement in this case and barred from filing any future claim against Sheriff Hobby and his deputies related to the April 14, 2017 searches. You are not required to be represented by Plaintiffs' attorneys to opt in to the lawsuit. You may retain the attorney of your choice to represent you.

If you want to pursue claims separately, you may opt out of the class by completing the attached Opt-Out Form and returning it to the address shown above by July 2, 2018. If you opt out, you will not be prohibited from asserting claims related to your search against the defendants in separate litigation; however, you will not receive the payment to which you would have been entitled as a member of the class in this lawsuit. If you want to be a member of the class and receive a monetary award as part of the settlement of this case, do not complete the Opt-Out Form.

If you have questions, you may contact the following attorneys for the class:

Attn: Worth County High School Settlement
Southern Center for Human Rights
83 Poplar Street NW
Atlanta, GA 30303
Telephone: (404) 688-1202, Email: worthcounty@schr.org
Mr. Mark Begnaud, Horsley Begnaud LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta GA 30328
Telephone: (770) 765-5559; Email: mbegnaud@horsleybegnaud.com

11, 18

### IN THE SUPERIOR COURT OF WORTH COUNTY STATE OF GEORGIA

Plaintiff
v.
One Thousand Six Hundred Twenty Dollars ($1620.00) In United States Currency Two Thousand Fifty-Five Dollars And Fifty Two Cents ($2055.22) In United States Currency
Defendant(s), In Rem
Civil Action File No.
ORDER REQUIRING SERVICE BY PUBLICATION

The State of Georgia, having moved for an Order of Service by Publication pursuant to O.C.G.A. 9-16-12(b)(3), and the court having read and considered the motion,
IT IS HEREBY ORDERED that service by publication in the above-styled civil in rem forfeiture action shall be made upon Saint Thompson by publishing Notice of the Proceedings once a week for (2) consecutive weeks in the legal organ of the county.

This 3rd day of April, 2018.
Melinee B. Cross
Judge, Superior Court
Worth County
Tifton Judicial Circuit
11, 18

### GEORGIA, WORTH COUNTY

Under and by virtue of the power of sale contained in that certain Deed to Secure Debt ("Security Deed") executed by Arlyn R. Bishoff and Angela C. Bishoff to Synovus Bank (a/k/a 1st Community Bank division of Synovus Bank), formerly known as Columbus Bank and Trust Company, as Successor in interest through name change and merger with First Community Bank of Tifton, dated January 16, 2007 and recorded in Deed Book 741, Page 145, as last transferred to or acquired by NWE18, LLC, via Assignment as recorded in Deed Book 1058 Page 325, all of the Worth County, Georgia, Deed Records, there will be sold by NWE18, LLC, at public outcry, before the Courthouse of said State and County, as attorney-in-fact for the said maker of said Deed, on the first Tuesday in May 2018 during the legal hours of sale to the highest bidder for cash, the following property, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

To the best knowledge of Lender, the property is in the possession of Arlyn R. Bishoff and Angela C. Bishoff and the property is further known as 193.55 acres of land located at 268 Sykes a/k/a Sikes Lane, Omega, Georgia 31775.

The debt secured by the Security Deed being in default and the owner having declared the balance of the indebtedness due, this sale will be made for the purpose of paying the same, and the proceeds thereof will be applied to the payment of said indebtedness and all charges and expenses in connection with foreclosure, and the balance, if any, to be applied as provided by law. Subject to any outstanding and unpaid taxes, street improvements, easements, exceptions of record, restrictive covenants, and all superior encumbrances appearing of record.

The above-described property will be sold as the property of Arlyn R. Bishoff and Angela C. Bishoff NWE18, LLC, as Attorney-in-Fact for Arlyn R. Bishoff and Angela C. Bishoff.

THIS IS AN EFFORT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Coleman Talley LLP
William Steinberg
Attorneys at Law
Dates: 4/4, 4/11, 4/18, 4/25/2018

EXHIBIT "A"
203.55 acres of land with improvements located in Land Lots 68, 69, 70 and 71 in the 7th Land District of Worth County, Georgia, more fully shown as Tract 3 (125.304 acres) and Tract 4 (78,198 acres) on the attached survey made for Herald E. Sikes and Dorothy Frances Patterson Sikes by Hampton & Associates Surveying Co. dated February 21, 2001. The property described herein is known as 268 Sykes Lane, Omega, Georgia

LESS & EXCEPT 100 acres of land with improvements more fully described in deed from Dorothy Frances Patterson Sikes to Arlyn R Bishoff and Angela C. Bishoff dated May 15, 2001, and recorded in Deed Book 512 on Page 194 in the Office of the Clerk of the Superior Court of Worth County, Georgia.
4, 11, 18, 25

### NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY

All creditors of the Estate of GENEVA BROWN JENKINS, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law and all persons indebted to said Estate are required to make immediate payment to me.
This 26th day of March, 2018.
BOYD RAMSEY BROWN
As Administrator for the Estate of GENEVA BROWN JENKINS, deceased
156 Craig Drive
Sylvester, GA 31791
4, 11, 18, 25

### NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY

All creditors of the Estate of H. NEAL CROWE, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law and all persons indebted to said Estate and required to make immediate payment to me.
This 20th day of March, 2018.
HOYT LARRY CROWE
as Executor for the Estate of H. NEAL CROWE, deceased
4156 Ga Hwy 259
Sumner, GA 31789
4, 11, 18, 25

### NOTICE TO DEBTORS AND CREDITORS GEORGIA, WORTH COUNTY

All creditors of the Estate of JOEL A ROGERS, deceased, late of Worth County, Georgia, are hereby notified to render their demands to the undersigned in accordance with law and all persons indebted to said Estate are required to make immediate payment to me.
This 27th day of March, 2018.
ANTHONY RALPH ROGERS Executor of the Estate of JOEL A. ROGERS, deceased
970 Rushing Street
Richmond Hill, Georgia 31324
4, 11, 18, 25

### NOTICE IN THE PROBATE COURT OF WORTH COUNTY, STATE OF GEORGIA

IN RE: ESTATE ARTHUR LEE DAVIS, DECEASED, ESTATE NO. 5-18
IN RE: The Petition to Probate Will (and Codicil(s)) in Solemn Form in the above-referenced estate having been duly filed,
TO: KARMA RABON-SMITH, JOCELYN RABON, and WENELL WHITE
This is to notify you to file objection, if there is any, to the Petition to Probate Will in Solemn Form, in this Court on or before MAY 2, 2018
BE NOTIFIED FURTHER, All objections to the Petition must be in writing, setting forth the grounds of any such objections. All objections should be sworn to before a notary public or before a Probate Court Clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact Probate Court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the Petition may be granted without a hearing.
VIRGINIA ACORD
Judge of the Probate Court
By: Shanna Entrekin
Clerk of the Probate Court
201 N. Main St., Rm 12
Sylvester, GA 31791
229-776-8207
4, 11, 18, 25

### NOTICE IN THE PROBATE COURT OF WORTH COUNTY STATE OF GEORGIA

IN RE: ESTATE OF JAMES TY IRVIN, DECEASED
ESTATE NO. 53-18
NOTICE PETITION FOR LETTERS OF ADMINISTRATION
TO WHOM IT MAY CONCERN:
STEPHANIE SKYE IRVIN has petitioned to be appointed Administrator of the estate of JAMES TY IRVIN, deceased, of said County. The Petitioner has also applied for waiver of bond and/or grant of certain powers contained in O.C.G.A. §53-12-261. All interested parties are hereby notified to show cause why said Petition should not be granted. All objections to the Petition must be in writing, setting forth the grounds of any such objections and must be filed with the court on or before MAY 9, 2018.
BE NOTIFIED FURTHER, All objections should be sworn to before a notary public or before a Probate Court Clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact Probate Court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the Petition may be granted without a hearing.
VIRGINIA ACORD
Judge of the Probate Court
By: Toni Sanders
Clerk of the Probate Court
201 Main St., Ste. 1
Sylvester, GA 31791
229-776-8207
4, 11, 18, 25

### NOTICE OF SALE GEORGIA, WORTH COUNTY

By virtue of the Power of Sale Contained in that certain Purchase Money Deed to Secure Debt executed and delivered by CHARLIE WALLACE to WORTH MORTGAGE CO. INC, dated November 6, 1989, and recorded in Deed Book 267, Page 659, in the office of the Clerk of Worth Superior Court, there will be sold at public outcry before the Courthouse Door in said State and County by the undersigned, during the legal hours of sale, on the first Tuesday in May, 2018, to the highest bidder for cash, the following described property to-wit:

All that tract or parcel of land lying and being in Land Lot Number 306 in the 7th Land District of Worth County, Georgia and being all of Lot Twenty Four (24), of SUMNER LAKES SUBDIVISION, according to a plat of said subdivision recorded in Plat Book 22, Page 235, Worth County Records, and reference is made to said plat for the purpose of incorporating the same herein.

The debt secured by said Purchase Money Deed to Secure Debt has been and is hereby declared due because of nonpayment of monthly installments on said loan. The debt remaining in default then said property will be sold for the purpose of paying the indebtedness secured by said deed, and the proceeds of said sale will be applied to the payment of said indebtedness and the interest and all charges and expenses in connection with this foreclosure as provided in said deed, and the balance, if any, will be paid over to the persons entitled thereto.

Said property will be sold as the property of DON C. WEST and BARBARA A. WEST, the property to the best of the information, knowledge and belief of the undersigned, being in their or a tenant's possession. Said sale will be made subject to all covenants and restrictions and all other matters of record. The notice required by the Official Code of Georgia, Section 44-14-162.2, et seq. has been given provided by law.

WORTH MORTGAGE COMPANY, INC.
AS ATTORNEY IN FACT FOR CHARLIE WALLACE
SYLVESTER, GA 31791
(229)776-5374
4, 11, 18, 25

### NOTICE OF SALE GEORGIA, WORTH COUNTY

By virtue of the Power of Sale Contained in that certain Purchase Money Deed to Secure Debt executed and delivered by DEBRA JOHNSON to AMERICAN SUNBELT PROPERTIES, INC. dated October 1, 1995, and recorded in Deed Book 246, Page 139, in the office of the Clerk of Worth Superior Court, and subsequently assumed by John Van Bouton and Angela Van Bouton there will be sold at public outcry before the Courthouse Door in said State and County by the undersigned, during the legal hours of sale, on the first Tuesday in May, 2018, to the highest bidder for cash, the following described property, to wit:

All that tract or parcel of land lying and being in Land Lot Number 57 and being in the 15th Land District of Worth County, Georgia, and being all of Tract Number Nine (9) of Blue Lake Plantation, according to that certain plat of survey prepared by Joseph F. DuBeau, Registered Land Surveyor, dated September 17, 1968, recorded in Plat Book 22, Page 145, in the office of the Clerk of Superior Court of Worth County, Georgia and reference is made to said plat for the purpose of incorporating the same herein.

The debt secured by said Purchase Money Deed to Secure Debt has been and is hereby declared due because of nonpayment of monthly installments on said loan. The debt remaining in default, then said property will be sold for the purpose of paying the indebtedness secured by said deed, and the proceeds of said sale will be applied to the payment of said indebtedness and the interest and all charged and expenses in connection with this foreclosure as provided in said deed, and the balance, if any, will be paid over to the persons entitled thereto.

Said sale will be made subject to all easement and restrictions and all other matters of record. The notice required by the Official Code of Georgia, Section 44-14-162.2, et Seq. has been given as provided by law.
WORTH MORTGAGE CO. INC.
AS ATTORNEY IN FACT FOR DEBRA JOHNSON
PO BOX 450
SYLVESTER, GA. 31791
4, 11, 18, 25

### NOTICE OF SALE UNDER POWER, WORTH COUNTY

Pursuant to the Power of Sale contained in a Security Deed given by Steve Bennett to Sun America Mortgage Corporation dated 4/2/2001 and recorded in Deed Book 505 Page 380 and modified at Deed Book 1024 Page 1, Worth County, Georgia records, as last transferred to or acquired by U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-3, conveying the after-described property to secure a Note in the original principal amount of $105,200.00, with interest at the rate specified therein, there will be sold by the undersigned at public outcry to the highest bidder for cash before the Courthouse door of Worth County, Georgia (or such other area as designated by Order of the Superior Court of said county), within the legal hours of sale on May 01, 2018 (being the first Tuesday of said month unless said date falls on a Federal Holiday, in which case being the first Wednesday of said month), the following described property

EXHIBIT A TO DEED TO SECURE DEBT FROM STEVE BENNETT IN FAVOR OF SUN AMERICA MORTGAGE CORPORATION DATED APRIL 2, 2001

All that tract or parcel of land situate, lying and being a portion of Lot No. 14 in Block 162 in Forest Hills Subdivision in the City of Sylvester, Georgia, in original Lot of Land No. 326 in the 7th Land District of Worth County, Georgia, as said lot is shown delineated on plat of survey prepared by G. E. Warren, Registered Land Surveyor, on September 29, 1956 and recorded in Plat Book 3, page 54, Worth County Records. Said portion of said Block No. 14 herein conveyed being more particularly described as follows: Commencing at the Northeast intersection of Lancaster Street and Moore Street in said Subdivision in said City; go thence North along the East margin of said Moore Street a distance of 702.5 feet to the Northwest corner of said Lot No. 14, and the point of beginning for the tract herein conveyed, from this point of beginning go thence East along the North boundary of said Lot 14 a distance of 149 feet to a point, thence go south and parallel with Moore Street a distance of 90 feet to a point, thence go West and parallel with the North boundary line of said Lot 14 a distance of 149 feet to the East margin of Moore Street, thence go North along the East margin of Moore Street a distance of 90 feet to the point of beginning.

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice of intent to collect attorney's fees having been given). Said property is commonly known as 112 Moore Street, Sylvester, GA 31791 together with all fixtures and personal property attached to and constituting a part of said property, if any. To the best knowledge and belief of the undersigned, the party (or parties) in possession of the subject property is (are): J. Stephen Bennett or tenant or tenants.

Wells Fargo Bank, NA is the entity or individual designated who shall have full authority to negotiate, amend and modify all terms of the mortgage.

Wells Fargo Bank, NA
Loss Mitigation
3476 Stateview Boulevard
Fort Mill, SC 29715
1-800-678-7986

Note, however, that such entity or individual is not required by law to negotiate, amend or modify the terms of the loan.

Said property will be sold subject to: (a) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), (b) unpaid water or sewage bills that constitute a lien against the property whether due and payable or not yet due and payable and which may not be of record, (c) the right of redemption of any taxing authority, (d) any matters which might be disclosed by an accurate survey and inspection of the property, and (e) any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above.

The sale will be conducted subject to (1) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (2) final confirmation and audit of the status of the loan with the holder of the Security Deed. Pursuant to O.C.G.A. Section 9-13-172.1, which allows for certain procedures regarding the rescission of judicial and non-judicial sales in the State of Georgia, the Deed Under Power and other foreclosure documents may not be provided until final confirmation and audit of the status of the loan as provided immediately above.

U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-3 as agent and Attorney in Fact for Steve Bennett Aldridge Pite, LLP, 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305, (404) 994-7637.
1000-8443A

THIS LAW FIRM MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. 1000-8443A
4, 11, 18, 25

### PETITION FOR LETTERS OF ADMINISTRATION IN THE PROBATE COURT OF WORTH COUNTY, STATE OF GEORGIA

In Re: Estate of NAOMI ELAINE LIMA, deceased.
Estate No. 51-18
TO whom it may concern:
JILL ST. JOHN LUO-GARDNER has petitioned to be appointed Administrator of the estate of NAOMI ELAINE LIMA, deceased, of said County. (The Petitioner has also applied for waiver of bond and/or grant of certain powers contained in O.C.G.A. § 53-12-261.) All interested parties are hereby notified to show cause why said Petition should not be granted. All objections to the Petition must be in writing, setting forth the grounds of any such objections, and must be filed with the Court on or before May 9, 2018.
BE NOTIFIED FURTHER, All objections to the Petition must be in writing, setting forth the grounds of any such objections. All objections should be sworn to before a notary public or before a Probate Court Clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact Probate Court personnel for the required amount of filing fees. If any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the Petition may be granted without a hearing.
VIRGINIA ACORD
Judge of the Probate Court
By: Toni Sanders
Clerk of the Probate Court
201 N. Main St., Rm 12
Sylvester, GA 31791
229-776-8207
4, 11, 18, 25

### WORTH COUNTY MAY 2018 TAX SALE SHERIFF'S SALE TABETHA DUPRIEST EX-OFFICIO SHERIFF STATE OF GEORGIA COUNTY OF WORTH

Under and by virtue of certain tax Fi.Fa.'s issued by the Tax Commissioner of Worth County, Georgia, in favor of the State of Georgia and County of Worth against the following named persons and the property as described immediately below their respective name(s).

There will be sold for cash or certified funds at public outcry, before the Courthouse door in Sylvester, Worth County, Georgia, between the legal hours of sale, on the first Tuesday in May 2018, the same being May 1, 2018.

The following property will be sold between the legal hours of sale, 10:00 AM and 4:00 PM. The below listed and described properties, or as much thereof as will satisfy the State and County tax execution on the respective individual and property. The properties hereinafter described have been levied on as the property of the persons whose names immediately precede the property description. Each of the respective parcels of property are located in Worth County, State of Georgia. The years for which said Fi Fa's are issued and levied are stated below the name of the owner in each case.

This is a buyer beware sale and all property will be sold as is. The Tax Commissioner makes no warranty, neither expressed nor implied, as to title, and all properties are subject to all recorded covenants, easements, and right of ways. Properties are sold under the power of a tax sale deed with specific rights of redemption.

Each defendant and tenant in possession, if applicable, has been notified of levy time and place of tax sale. Purchaser shall pay for title, all transfer cost, all taxes, advertising cost and recording fees. Pursuant to Georgia Law, payment will be required within one (1) hour of the completion of the tax sale. In the event a bid is not properly paid, the property shall be re-offered at 2:00 PM on the day of the sale, or the following day that being May 2, 2018.

File #— 3
Map/Parcel Number: 71A 12
Defendant(s) in F.Fa: American Sunbelt Properties, Inc.
Current Property Owner: same as Defendant(s) in FiFa
Reference Deed: 920/213
Property Description: All and only that parcel of land designated as Tax Parcel 71A 12, lying and being in Land Lot 176 of the 16th Land District, Worth County, Georgia, containing 5.0 acres, more or less, known as Lot 12A, Oakland Heights Subdivision, shown in Plat Book 25, Page 249, described in Deed Book 920, Page 213, the description contained therein being incorporated herein by this reference, known as 3187 GA Highway 33 N.
Years Due : 2016

File #— 4
Map/Parcel Number: SV06 70
Defendant(s) in FiFa: American Sunbelt Properties Inc.
Current Property Owner: same as Defendant(s) in FiFa
Reference Deed: 920/214
Property Description: All and only