IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| K.A., a minor, by and through her next friend and guardian, Lisa Adams, *et al.*, individually and as representatives of a proposed class, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:17-cv-00099-LJA |
| JEFF HOBBY, Sheriff of Worth County, Georgia, in his individual capacity, *et al.*, | |
| Defendants. | |

**JOINT MOTION FOR FINAL CLASS CERTIFICATION AND APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs K.A., T.S., B.S., A.W., D.J., L.H., and J.E., by and through their next friends and guardians, and S.M. and K.P. (collectively, "Plaintiffs") and Defendants Jeff Hobby, David Carmichael, Chris Baltenberger, John Brannen, Wesley Chambless, Anthony Cravey, Skyler Duke, Kevin Ford, Lisa House, Paul Klein, Clay Lawson, Truitt Odom, Richard Sanders, Lisa Stocks, John Sumner, Tyler Turner, Brandi Whiddon, and Deidra Tucker Whiddon (collectively, "Defendants"), hereinafter collectively referred to as the "Parties," jointly move the Court under Rule 23 of the Federal Rules of Civil Procedure to certify a class

for settlement purposes, finalizing the Court's preliminary certification of the Class (Doc. 48).

The Parties had previously filed a motion and briefs in the instant matter, asking the Court to certify a class for settlement purposes; appoint class counsel; preliminarily approve a proposed settlement; direct that notice shall be issued to the class members; and schedule a final fairness hearing. (See Doc. 40-1.) The Parties appeared before the Court on July 11, 2018, for a final fairness hearing. At that hearing, the Parties presented cause for final certification of the Class and approval of the Settlement Agreement previously approved by the Court on a preliminary basis (see Doc. 40-2). No individuals objected to Settlement Agreement or certification of the class at the fairness hearing, and the Parties are unaware of any objectors. At that hearing, the Court granted the Parties' motion. A draft Order is attached hereto as "Exhibit A" for the Court's convenience.

Also attached to this Motion as "Exhibit B" is a final distribution spreadsheet, listing the names of the members of the Class and the individuals who have opted out of the Class, as well as the distribution amount to each member of the Class. The Parties are filing herewith a motion to file the spreadsheet under seal.

Therefore, for good cause shown, the Court should GRANT the Parties' motion and finalize class certification and the Settlement Agreement reached by the parties.

Respectfully submitted this 26th day of July, 2018.

/s/ Mark Begnaud
Mark Begnaud
Ga. Bar No. 217641
Nathanael Horsley
Ga. Bar No. 367832
HORSLEY BEGNAUD LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, Georgia 30328
(770) 765-5559
(404) 602-0018 (fax)
mbegnaud@gacivilrights.com

/s/ Aaron Littman
Sarah Geraghty
Ga. Bar No. 291393
Gerald Weber
Ga. Bar No. 744878
Aaron Littman
Ga. Bar No. 843053
SOUTHERN CENTER
FOR HUMAN RIGHTS
83 Poplar Street, NW
Atlanta, Georgia 30303
(404) 688-1202
(404) 688-9440 (fax)
sgeraghty@schr.org

*Counsel for Plaintiffs*

4

/s/ Raleigh W. Rollins
Raleigh W. Rollins
Ga. Bar No. 613860
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville, GA 31792
(229) 226-2565
(229) 228-0444 (fax)
rrollins@alexandervann.com

/s/ Richard K. Strickland
Richard K. Strickland
Ga. Bar No. 687830
BROWN, READDICK,
BUMGARTNER, CARTER,
STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 (fax)
rstrickland@brbcsw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I have electronically filed the foregoing **JOINT MOTION FOR FINAL CLASS CERTIFICATION AND APPROVAL OF SETTLEMENT AGREEMENT** using the CM/ECF electronic filing system, which will automatically send notification of such filing to all attorneys of record.

This 26th day of July, 2018.

/s/ Mark Begnaud
Mark Begnaud
Ga. Bar No. 217641
HORSLEY BEGNAUD LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, Georgia 30328
(770) 765-5559
(404) 602-0018 (fax)
mbegnaud@gacivilrights.com

*Counsel for Plaintiffs*